Case 1:18-cv-03272-LAP Document 12 Filed 06/28/18 Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED 7-2-18

**EXHIBIT B**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| BARON WOLMAN, Plaintiff, | : | ECF Case |
| -against- | : | Case No. 1:18-cv-3272-LAP |
| ASSOCIATED NEWSPAPERS (U.S.A.) LIMITED, Defendant. | : | |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Baron Wolman hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, in its entirety.

Dated: June 28, 2018

LIEBOWITZ LAW FIRM, PLLC

By: Richard Liebowitz
Richard P. Liebowitz
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

*Attorney for Plaintiff Baron Wolman*

The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

SO ORDERED:
Loretta A. Preska
LORETTA A. PRESKA, U.S.D.J.

7/2/18